JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN R. CHACON,<br><br>   Petitioner,<br><br>  v.<br><br>PEOPLE OF CALIFORNIA,<br><br>   Respondent. | Case No. 2:17-cv-08006-R-KES<br><br>JUDGMENT |

  Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

  IT IS ADJUDGED that the Petition is dismissed (1) for lack of personal jurisdiction, and (2) as time-barred.

DATED: June 6, 2018

                  _____
                  HON. MANUEL L. REAL
                  UNITED STATES DISTRICT JUDGE